IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No.  09-cv-00306-PAB-KLM

SUZETTE RIVARD,

    Plaintiff,

v.

FIRST CREDIT SERVICES, INC.,
a New York corporation d/b/a Accounts Receivable Technologies,

    Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

THIS MATTER comes before the Court upon the Stipulation of Dismissal with Prejudice [Docket No. 23].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 30, 2009.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge